IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-419-RJC-DCK

| | |
|---|---|
| PAMILLA JEFFERSON FULMORE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BEST BUY CO., INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Consolidate For Discovery And Trial" (Document No. 23) filed December 20, 2019. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, Plaintiff seeks to consolidate this action with a related action pending in the Superior Court of Mecklenburg County, North Carolina. (Document No. 23). The undersigned recognizes the logic of Plaintiff's request and appreciates that the other parties consent. However, the undersigned is not persuaded that this Court has authority to consolidate a pending state court action. Instead, Plaintiff *might* achieve her desired result by amending her Complaint here to add a new defendant, or seeking consolidation if/when the related state court action is removed to this Court.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Consolidate For Discovery And Trial" (Document No. 23) is **DENIED WITHOUT PREJUDICE**.

Signed: December 20, 2019

David C. Keesler
United States Magistrate Judge