# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-419-DCK

| | |
|---|---|
| PAMILLA JEFFERSON FULMORE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BEST BUY CO., INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Timothy L. Patti, filed a "Certification Of Mediation Session" (Document No. 27) notifying the Court that the parties reached a settlement on September 9, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 16, 2020**.

**SO ORDERED**.

Signed: September 16, 2020

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge